WILLIAM BROWN v. THE PEOPLE.

*Excessive sentence.*

A court of record cannot impose a severer penalty for an offense cognizable by a justice, than the justice could have imposed.

A sentence that is merely excessive is reversed for the excess only. Comp. L., § 7998.

Error to the Recorder's Court of Detroit. Submitted June 5. Decided June 18.

ASSAULT AND BATTERY.

*Hawley & Firnane* for plaintiff in error.

Attorney General *Otto Kirchner* for the People.

COOLEY, J. In *Nelson v. The People,* 38 Mich., 618, disposed of at the last term, I expressed the opinion that where a party is convicted in a court of record of an offense for which he might have been tried in justice's court, it was not competent for the court to impose upon him a sentence more severe than could have been imposed had he been tried in justice's court. This case is one of that class; the offense being assault and battery, and the punishment for that offense, when imposed by a justice of the peace, being limited to three months.

The sentence imposed by the Recorder is of imprisonment for one year. By statute—Comp. L., § 7998—a sentence merely excessive is to be reversed for the excess only, and this should therefore be affirmed as a sentence for three months only, and reversed as to the remainder.

CAMPBELL, C. J., concurred.

GRAVES, J. Whilst I am not clear that the view here taken is correct, I am not prepared to say it is wrong, and therefore I concur.

MARSTON, J., concurred.